BENJAMIN WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 619786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8972
Facsimile: (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CLIFFORD ALAN SWORTFIGUER,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>             Defendant. | CASE NO.: 1:10-CV-01835 BAM<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until November 28, 2011, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: October 27, 2011            */s/ Sengthiene Bosavanh*
                                   (as authorized via e-mail)
                                   SENGTHIENE BOSAVANH
                                   Attorney for Plaintiff

|   |   |
|---|---|
| | BENJAMIN WAGNER |
| | United States Attorney |
| Dated: October 27, 2011 | By */s/ Elizabeth Barry* |
| | ELIZABETH BARRY |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   October 28, 2011              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE