1  BENJAMIN WAGNER
   United States Attorney
2  DONNA L. CALVERT, SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
       333 Market Street, Suite 1500
5      San Francisco, California 94105
       Telephone:  (415) 977-8972
6      Facsimile:  (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                   UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA

10                      FRESNO DIVISION

11
   CLIFFORD ALAN SWORTFIGUER,        )
12                                   )   CASE NO.:  1:10-CV-01835 BAM
              Plaintiff,             )
13                                   )   STIPULATION AND ORDER
          v.                         )   FOR A FIRST EXTENSION FOR
14                                   )   DEFENDANT TO FILE NOTICE, MOTION,
   MICHAEL J. ASTRUE,                )   AND MEMORANDUM IN SUPPORT OF
15 Commissioner of                   )   CROSS-MOTION FOR SUMMARY
   Social Security,                  )   JUDGMENT AND IN OPPOSITION TO
16                                   )   PLAINTIFF'S MOTION FOR SUMMARY
              Defendant.             )   JUDGMENT
17 _____)

18
       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval
19
   of the Court, that Defendant shall have a 30-day extension, or until November 28, 2011, in which to file
20
   his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in
21
   Opposition to Plaintiff's Motion for Summary Judgment.
22
       This is Defendant's first request for an extension of time in this matter.
23
                                         Respectfully submitted,
24

25
   Dated: October 27, 2011             /s/ Sengthiene Bosavanh
26                                     (as authorized via e-mail)
                                       SENGTHIENE BOSAVANH
27                                     Attorney for Plaintiff

28

|   |   |
|---|---|
|   | BENJAMIN WAGNER<br>United States Attorney |
| Dated: October 27, 2011 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| Dated:   October 28, 2011 | /s/ Barbara A. McAuliffe<br>UNITED STATES MAGISTRATE JUDGE |

2