BENJAMIN WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 619786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CLIFFORD ALAN SWORTFIGUER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CASE NO.: 1:10-CV-01835 BAM<br><br>STIPULATION AND ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until December 28, 2011, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's second request for an extension of time in this matter.

                                Respectfully submitted,

Dated: November 28, 2011          */s/ Bess Brewer*
                                       (as authorized via e-mail)
                                       BESS BREWER
                                       Attorney for Plaintiff

|   |   |
|---|---|
| | BENJAMIN WAGNER |
| | United States Attorney |
| Dated: November 28, 2011 | By /s/ Elizabeth Barry |
| | ELIZABETH BARRY |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 29, 2011          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE