BENJAMIN WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 619786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CLIFFORD ALAN SWORTFIGUER,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CASE NO.: C1:10-CV-01835 BAM<br><br>STIPULATION AND ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 27, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    The undersigned counsel for the Defendant requires an extension as a result of a heavy briefing schedule, which includes six dispositive motions due through the end of the month in the following matters, in addition to the Defendant's motion in the above-captioned matter: *Poole v. Astrue*, EDCA 2:11-912; *Gonzales v. Astrue*, EDCA 2:10-3412; *Battle v. Astrue*, SDCA 11-829; *Lopez v. Astrue*, EDCA 1:11-310; *Marsh v. Astrue*, NDCA, 3:11-2096; and *Eckard v. Astrue*, EDCA, 1:11-516. In addition, the undersigned counsel for the Defendant has a family vacation to Chicago planned for the last week of December. Defendant respectfully requests an additional 30-day period in which to complete his briefing.

Respectfully submitted,

Dated: November 28, 2011

*/s/ Bess Brewer*
(as authorized via e-mail)
BESS BREWER
Attorney for Plaintiff


BENJAMIN WAGNER
United States Attorney

Dated: November 28, 2011

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the stipulation, Defendant shall file its opposition brief/motion for summary judgment no later than **January 27, 2012.** Defendant is advised that requests for further extensions will be looked upon with disfavor.

IT IS SO ORDERED.

Dated: **December 19, 2011**    */s/ Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE