1  BENJAMIN WAGNER
   United States Attorney
2  DONNA L. CALVERT, SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
       333 Market Street, Suite 1500
5      San Francisco, California 94105
       Telephone: (415) 977-8972
6      Facsimile: (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                   UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA

10                         FRESNO DIVISION

11
   CLIFFORD ALAN SWORTFIGUER,    )
12                               )   CASE NO.: C1:10-CV-01835 BAM
              Plaintiff,         )
13                               )   STIPULATION AND ORDER
         v.                      )   FOR A SECOND EXTENSION FOR
14                               )   DEFENDANT TO FILE NOTICE, MOTION,
   MICHAEL J. ASTRUE,            )   AND MEMORANDUM IN SUPPORT OF
15 Commissioner of               )   CROSS-MOTION FOR SUMMARY
   Social Security,              )   JUDGMENT AND IN OPPOSITION TO
16                               )   PLAINTIFF'S MOTION FOR SUMMARY
              Defendant.         )   JUDGMENT
17 _____)

18
        IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval
19
   of the Court, that Defendant shall have a 30-day extension, or until January 27, 2012, in which to file his
20
   Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in
21
   Opposition to Plaintiff's Motion for Summary Judgment.
22
        The undersigned counsel for the Defendant requires an extension as a result of a heavy briefing
23
   schedule, which includes six dispositive motions due through the end of the month in the following matters,
24
   in addition to the Defendant's motion in the above-captioned matter: *Poole v. Astrue*, EDCA 2:11-912;
25
   *Gonzales v. Astrue*, EDCA 2:10-3412; *Battle v. Astrue*, SDCA 11-829; *Lopez v. Astrue*, EDCA 1:11-310;
26
   *Marsh v. Astrue*, NDCA, 3:11-2096; and *Eckard v. Astrue*, EDCA, 1:11-516. In addition, the undersigned
27
   counsel for the Defendant has a family vacation to Chicago planned for the last week of December.
28
   Defendant respectfully requests an additional 30-day period in which to complete his briefing.

Respectfully submitted,

Dated: November 28, 2011          */s/ Bess Brewer*
                                  (as authorized via e-mail)
                                  BESS BREWER
                                  Attorney for Plaintiff


                                  BENJAMIN WAGNER
                                  United States Attorney

Dated: November 28, 2011          By */s/ Elizabeth Barry*
                                  ELIZABETH BARRY
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant

## ORDER

Pursuant to the stipulation, Defendant shall file its opposition brief/motion for summary judgment no later than **January 27, 2012.** Defendant is advised that requests for further extensions will be looked upon with disfavor.

IT IS SO ORDERED.

**Dated:   December 19, 2011**            */s/* **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE

2